# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Suprvised Release**) |
| v. | Case Number:  07-cr-00149-MSK-01 |
| | USM Number:  35071-013 |
| JAMES LORENZO REED | LaFonda R. Jones, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 05/20/08 |
| 2 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 09/09/08 |

     The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 30, 2010
Date of Imposition of Judgment

*/s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

July 7, 2010
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Comply with Rules of Residential Reentry Center | 11/14/08 |
| 4 | Failure to Comply with Rules of Residential Reentry Center | 12/04/08 |
| 5 | Failure to Comply with Rules of Residential Reentry Center | 12/09/08 |
| 6 | Violation of the Law: Urinating in Public | 05/26/08 |
| 7 | Violation of the Law: Possession of a Firearm by a Previously Convicted Felon | 09/03/09 |

DEFENDANT: JAMES LORENZO REED  
CASE NUMBER: 07-cr-00149-MSK-01	Judgment-Page 3 of 3

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months.

The defendant is remanded to the custody of the United States Marshal.

## **RETURN**

I have executed this judgment as follows:

 

 

 

 

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                UNITED STATES MARSHAL

                                  By_____  
                                               Deputy United States Marshal